**Fill in this information to identify the case:**

Debtor 1: Michael Ray Ashley

Debtor 2: Darcy Rene Ashley
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 15-01200

---

Official Form 410S1

# Notice of Mortgage Payment Change                        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** SRP 2015-2 LLC

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 2 4 8 6

**Date of payment change:** 04/01/2019
Must be at least 21 days after date of this notice

**New total payment:** $ 1,364.76
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 450.44        New escrow payment: $ 481.88

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

---

| Debtor 1 | Michael Ray Ashley | | Case number *(if known)* 15-01200 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Angela Kristen Viale
Signature

Date  03/08/2019

Print:  Angela    Kristen    Viale
        First Name    Middle Name    Last Name

Title  Bankruptcy Asset Manager

Company  SN Servicing Corporation

Address  323 5th Street
         Number        Street

Eureka                          CA     95501
City                            State  ZIP Code

Contact phone  800-603-0836

Email  bknotices@snsc.com

SN Servicing Corporation                                          Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:    February 19, 2019

MICHAEL R ASHLEY                                                                          Loan:         XXXXXXXXXX
DARCY R ASHLEY
287 OAKWOOD CT                                    Property Address:
GREENWOOD IN  46142                               287 OAKWOOD COURT
                                                  GREENWOOD, IN  46142

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Apr 2018 to Mar 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 882.88 | 882.88 ** |
| Escrow Payment: | 450.44 | 481.88 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,333.32 | $1,364.76 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Apr 01, 2019 |
| Escrow Balance: | 421.24 |
| Anticipated Pmts to Escrow: | 0.00 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $421.24 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 2,439.91 | (638.45) |
| Apr 2018 | 402.97 | | | | * | | 2,842.88 | (638.45) |
| Apr 2018 | | | | 808.25 | * | County Tax | 2,842.88 | (1,446.70) |
| May 2018 | 402.97 | 799.86 | 783.80 | | * | County Tax | 2,462.05 | (646.84) |
| Jun 2018 | 402.97 | 1,692.31 | | | * | | 2,865.02 | 1,045.47 |
| Jul 2018 | 402.97 | 450.44 | | | * | | 3,267.99 | 1,495.91 |
| Aug 2018 | 402.97 | 450.44 | | | * | | 3,670.96 | 1,946.35 |
| Aug 2018 | | | | 3,450.00 | * | Homeowners Policy | 3,670.96 | (1,503.65) |
| Sep 2018 | 402.97 | 450.44 | 3,268.00 | | * | Homeowners Policy | 805.93 | (1,053.21) |
| Sep 2018 | | 106.79 | | | | * Escrow Only Payment | 805.93 | (946.42) |
| Oct 2018 | 402.97 | 900.88 | | | * | | 1,208.90 | (45.54) |
| Oct 2018 | | | | 808.25 | * | County Tax | 1,208.90 | (853.79) |
| Nov 2018 | 402.97 | | 783.80 | | * | County Tax | 828.07 | (853.79) |
| Dec 2018 | 402.97 | 450.44 | | | * | | 1,231.04 | (403.35) |
| Jan 2019 | 402.97 | 374.15 | | | * | | 1,634.01 | (29.20) |
| Feb 2019 | 402.97 | 450.44 | | | * | | 2,036.98 | 421.24 |
| Mar 2019 | 402.97 | | | | * | | 2,439.95 | 421.24 |
| | $4,835.64 | $6,126.19 | $4,835.60 | $5,066.50 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $4,835.60.  Under Federal law, your lowest monthly balance should not have exceeded $805.93 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are

Page 1

silent on this issue.

SN Servicing Corporation — Final

For Inquiries: (800) 603-0836

Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: February 19, 2019

MICHAEL R ASHLEY                                                    Loan: XXXXXXXXXXXX

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 421.24 | 2,569.41 |
| Apr 2019 | 422.21 |  |  | 843.45 | 2,991.62 |
| May 2019 | 422.21 | 808.25 | County Tax | 457.41 | 2,605.58 |
| Jun 2019 | 422.21 |  |  | 879.62 | 3,027.79 |
| Jul 2019 | 422.21 |  |  | 1,301.83 | 3,450.00 |
| Aug 2019 | 422.21 |  |  | 1,724.04 | 3,872.21 |
| Sep 2019 | 422.21 | 3,450.00 | Homeowners Policy | (1,303.75) | 844.42 |
| Oct 2019 | 422.21 |  |  | (881.54) | 1,266.63 |
| Nov 2019 | 422.21 | 808.25 | County Tax | (1,267.58) | 880.59 |
| Dec 2019 | 422.21 |  |  | (845.37) | 1,302.80 |
| Jan 2020 | 422.21 |  |  | (423.16) | 1,725.01 |
| Feb 2020 | 422.21 |  |  | (0.95) | 2,147.22 |
| Mar 2020 | 422.21 |  |  | 421.26 | 2,569.43 |
|  | $5,066.52 | $5,066.50 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $844.42. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $844.42 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $421.24. Your starting balance (escrow balance required) according to this analysis should be $2,569.41. This means you have a shortage of $2,148.17. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 36 months.

We anticipate the total of your coming year bills to be $5,066.50. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 422.21 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 59.67 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $481.88 |

**Paying the shortage**. If your shortage is paid in full, your new monthly payment will be $1,305.09 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
GHIDOTTI | BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Creditor
SRP 2015-2 LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA– INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 15-01200 |
| Michael Ray Ashley and Darcy Rene Ashley, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On March 8, 2019 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

1
CERTIFICATE OF SERVICE

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Debtor's Counsel** |
|---|---|
| Michael Ray Ashley | Robert B. Lynch |
| 287 Oakwood Court | Lynch & Belch, P.C. |
| Greenwood, IN 46142 | 7210 Madison Ave Ste B |
|  | Indianapolis, IN 46227 |
| **Joint Debtor** |  |
| Darcy Rene Ashley | **US Trustee** |
| 287 Oakwood Court | Office of U.S. Trustee |
| Greenwood, IN 46142 | 101 W. Ohio St.. Ste. 1000 |
|  | Indianapolis, IN 46204 |
| **Trustee** |  |
| John Morgan Hauber |  |
| Office of John M. Hauber, Chapter 13 Trustee |  |
| 320 N. Meridian St., Ste. 200 |  |
| Indianapolis, IN 46204 |  |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on March 8, 2019 at Santa Ana, California

/*s / Lauren Simonton*
Lauren Simonton

2
CERTIFICATE OF SERVICE